THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH J. BERNSTEIN, Appellant.

*Crimes — grand larceny in first degree — judgment of conviction affirmed.*

*People* v. *Bernstein*, 223 App. Div. 786, affirmed.
(Argued April 9, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 21, 1928, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*Charles J. Dodd, District Attorney* (*James I. Cuff* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.